UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JEOVANI JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN HUGHES, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02630-LB<br><br>**JUDGMENT** |

On September 5, 2025, the court granted the defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 24-cv-02630-LB